IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA, et al.                                                    PLAINTIFFS

VS.                                                  CIVIL ACTION NO. 5:05cv0040-DCB-JCS

ANNIE JONES                                                                    DEFENDANT

## DEFAULT JUDGMENT

American Bankers Insurance Company of Florida, American Bankers Life Assurance Company of Florida, Union Security Life Insurance Company and American Security Insurance Company filed their Motion for Default Judgment in this matter and the Court having reviewed the Motion for Default Judgment, the Application for Default Judgment against Defendant Annie Jones and the documents presented in support finds the motion is well-taken and should be **GRANTED.**

American Bankers Insurance Company of Florida, American Bankers Life Assurance Company of Florida, Union Security Life Insurance Company and American Security Insurance Company's Motion is hereby **GRANTED** and a Default Judgment is hereby entered in the case filed against Annie Jones pursuant to 9 U.S.C. § 4 seeking to compel Annie Jones to arbitration. Annie Jones is ordered to arbitrate any and all claims she may have against American Bankers Insurance Company of Florida, American Bankers Life Assurance Company of Florida, Union Security Life Insurance Company and American Security Insurance Company in regard to the loan and insurance transactions contained in the Complaint filed herein.

**SO ORDERED AND ADJUDGED,** this the 13th day of December, 2005.

S/DAVID BRAMLETTE
**UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY:**


      /s/Jeffrey B. Rimes
Walter D. Willson (MSB # 7291)
Randy L. Dean (MSB # 6011)
Jeffrey B. Rimes (MSB # 10017)
**WELLS MARBLE & HURST, PLLC**
Post Office Box 131
Jackson, Mississippi  39205-0131

**ATTORNEYS FOR AMERICAN BANKERS
INSURANCE COMPANY OF FLORIDA,
AMERICAN BANKERS LIFE ASSURANCE
COMPANY OF FLORIDA, UNION SECURITY
LIFE INSURANCE COMPANY and AMERICAN
SECURITY INSURANCE COMPANY**